UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 05-22115-CIV-COOKE/BANDSTRA

GLOBAL DISTRIBUTORS, B.V., *et al.*,

    *Plaintiffs*,

v.

BASIL BATTAH., *et al.*,

    *Defendants*.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter was referred to the Honorable Ted E. Bandstra, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Motion to Enforce Settlement and for Entry of Judgment [D.E. 45], filed on January 7, 2009. Judge Bandstra issued a Report and Recommendation on May 13, 2009. In this Report, Judge Bandstra recommended that I grant the Motion to Enforce Settlement and enter judgment in favor of Plaintiffs. No objections to Judge Bandstra's Report have been filed. Therefore, after reviewing the record, I

    **ORDER AND ADJUDGE** as follows:

    1.    The Honorable Ted E. Bandstra's Report and Recommendation is **AFFIRMED AND ADOPTED**.

    2.    The Plaintiffs' Motion [D.E. 45] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of May 2009.

                                                      */s/ Marcia G. Cooke*
                                                 MARCIA G. COOKE
                                                 United States District Judge

Copies furnished to:
*The Honorable Ted E. Bandstra*
*All Counsel of Record*